United States District Court
Southern District of Texas

**ENTERED**

April 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **EDGAR JOSUE DIAZ RODAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00640** |
| | § | |
| **UNITED STATES ATTORNEY** | § | |
| **SOUTHERN DISTRICT OF TEXAS,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is *pro se* Edgar Josue Diaz Rodas's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner is **ORDERED** to submit an advisory to the Court by **April 20, 2026**, telling the Court whether Petitioner received any outside assistance in preparing the petition; if Petitioner did receive assistance, he is directed to tell the Court of the identity of the individuals who provided assistance and their relationship to Petitioner

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on Petitioner no later than **April 20, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **April 27, 2026**.

The Clerk of Court is **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail to the below addresses:

**US Immigration and Customs Enforcement**

1 / 2

**500 12th St., SW**
**Washington, D.C. 20536**

**San Antonio Field Office**
**1777 NE Loop 410**
**San Antonio, TX 78217**

**Warden of the Webb County Detention Center**
**9998 S Highway 83**
**Laredo, TX 78041**

The Clerk is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

**Edgar Josue Diaz Rodas**
**A # 099-529-480**
**Webb County Detention Center**
**9998 S Highway 83**
**Laredo, TX 78041**

Finally, the Clerk of Court is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Additionally, it is further ordered that Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this April 13, 2026.

_____
Diana Saldaña
United States District Judge

2 / 2